Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIANN FIELDS,<br><br>          Plaintiff(s),<br><br>    v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>          Defendant(s). | No. C24-1904JLR<br><br>SCHEDULING ORDER |

| | |
|---|---|
| Deadline for Parties to file copy of Administrative Record | December 17, 2025 |
| Deadline for Parties to file dispositive motions and FRCP 52 Motions for Trial on the Administrative Record[1]<br>(not to exceed 30 pages) | January 16, 2026 |
| Response Briefs due<br>(not to exceed 30 pages) | February 16, 2026 |

The Court declines to set a trial date at this time, but will do so in consultation with counsel after submission of the parties' briefing.

---

[1] The Court adopts the parties' agreement as set forth in their Joint Status Report (Dkt. # 9), to forego submitting Reply Briefs in exchange for enlarging the page limits for the motion and response briefs to 30 pages each.

SCHEDULING ORDER – 1

These dates are set at the direction of the court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules falls on a weekend or federal holiday, the act or event shall be performed on the next business day. These dates are firm dates that can be changed only by order of the court, not by agreement of counsel or parties. The court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying Ashleigh Drecktrah, Courtroom Deputy, at Ashleigh_Drecktrah@wawd.uscourts.gov. *See* Fed.R.Civ.P. 16(b)(3)(B)(v).

Should this case settle, counsel shall notify Ashleigh Drecktrah at Ashleigh_Drecktrah@wawd.uscourts.gov as soon as possible. An attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the court deems appropriate.

Dated this 8th day of May, 2025.

*[signature]*

The Honorable James L. Robart
United States District Judge

SCHEDULING ORDER – 2